UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN GEORGE #265054,

        Plaintiff,

Case No. 1:09CV323

v.

Hon. Robert J. Jonker

MOHAMAD H. ELNABTITY, et al.,

        Defendants.
_____/

## ORDER
## APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on July 19, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 19, 2010, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that Director Caruso's and Dr. Pandya's motion for summary judgment (docket #39), Dr. Holmes' motion to dismiss (docket #52), and Dr. Elnabtity's motion to dismiss (docket #63) are **GRANTED**. Plaintiff's remaining state law claims are **DISMISSED**. This matter is closed.

                                        /s/ Robert J. Jonker
                                        ROBERT J. JONKER
                                 UNITED STATES DISTRICT JUDGE

Dated: August 27, 2010